AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED**

FEB 17 2006

U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

MARIE INEZ HASAN-LOMAX

**WARRANT FOR ARREST**

CASE NUMBER: 3:05-cr-00076-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARIE INEZ HASAN-LOMAX and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): DRUG CONSPIRACY, Count 1.

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), (b)(1)(A)

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by Patricia (signature) Deputy Clerk | January 18, 2006, at Anchorage, Alaska |
| Signature of Issuing Officer | Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: USMS Seattle WA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/19/06 | for USMS Seattle, WA | |
| DATE OF ARREST 2/13/06 | John Olson DUSM | |