```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


         USA   v.   B. WILLIAMS, R. WILLIAMS,
                    T. CHAISON, P. ROBERDS, S. KAKARUK

DATE:    June 14, 2006   CASE NO.    3:05-CR-0076-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               CHANGING TIME FOR FINAL PRETRIAL CONFERENCE
```

       The **time** for the final pretrial conference in this matter on **Monday, June 19, 2006**, is **changed** from 9:00 a.m. to **10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING