NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 3:05-cr-0076-05-RRB-JDR |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO DISMISS** |
| vs. ) | **INDICTMENT** |
| ) | |
| MARIE I. HASAN-LOMAX, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through its counsel, and moves this Court for an order dismissing the Indictment against the above-captioned individual, with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  Pursuant to a plea agreement reached in a related case in the District Court for the Western District of Washington, the United States has agreed

to dismiss the charges against the defendant in the instant indictment. These charges are based upon the same facts as charged in the Western District of Washington case. The defendant consents to this motion.

RESPECTFULLY SUBMITTED this 29th day of March, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3383
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

I CERTIFY that on March 29, 2007 a true and correct copy was served on the following counsel of record via email:

Michael Filipovic, Esq.

s/ Frank Russo
U.S. Attorney