UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>vs.<br><br>MARIE I. HASAN-LOMAX,<br><br>　　　　Defendant. | 3-05-cr-00076-05-RRB-JDR<br><br>**RECOMMENDATION**<br>REGARDING<br>MOTION  TO  DISMISS<br><br>(Docket No. 528) |

　　　　The government moves pursuant to Federal Criminal Rule 48(a) to dismiss the Indictment, with prejudice, against the above named defendant. Pursuant to a plea agreement reached in a related case in the Western District of Washington the government has agreed to dismiss the charges in the above case as these charges are based on the same facts as charged in the W.D. of Washington.  Accordingly, it is recommended that the motion to dismiss, with prejudice, filed at Docket No. 528 be GRANTED, and that it be forwarded to the assigned district judge for his consideration.

　　　　DATED this 29th day of March, 2007, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge