UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
APR 1 3 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )   Case No. 3:05-cr-00076-05-RRB
v.                        )
                          )
MARIE INEZ HASAN-LOMAX,   )
                          )
        Defendant.        )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   XX   The court has granted the motion of the government for dismissal with prejudice; of the offense of Drug Conspiracy as charged in count one of the Indictment.

   **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

   **DATED** at Fairbanks, Alaska, this 5 day of April, 2007.

REDACTED SIGNATURE
_____
RALPH R. BEISTLINE
United States District Judge

[]{DISCHARG.WPD*Rev.07/03}